**Opinion issued September 15, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-22-00078-CV

_____

**ELAINE ROYCE MCGOWN, BERNARD L. ROYCE,
AND MARIE ELAINE ROYCE WALBURN, Appellants**

**V.**

**THOMAS L. ROYCE, JR., Appellee**

---

**On Appeal from the Probate Court No. 2
Harris County, Texas
Trial Court Case No. 094,519-401**

---

## MEMORANDUM OPINION

Appellants have filed unopposed motions to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

### PER CURIAM

Panel consists of Justices Goodman, Countiss, and Farris.